**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2006**

---

GERALDINE TALLEY HOBBY,

Plaintiff - Appellant,

versus

BENEFICIAL/HOUSEHOLD MEMBER HSBC GROUP; GLASSER AND GLASSER LAW FIRM,

Defendants - Appellees.

---

**No. 05-2007**

---

GERALDINE TALLEY HOBBY,

Plaintiff - Appellant,

versus

FIRST BAPTIST CHURCH OF LOGAN PARK, Logan Park Group Corporation; GEORGE PASTOR GEORGE SPICER; MRS. SPICER; RENEE CRANDALL BAKER; MICHAEL BAKER, Deacon; UNKNOWN, An unknown party who attended the sale and any additional parties who were involved in the acquisition of my family property, for the purpose of demolishing for a parking lot - namely Trustees,

Defendants - Appellees.

**No. 05-2008**

GERALDINE TALLEY HOBBY,

                                        Plaintiff - Appellant,

        versus


BENEFICIAL; CITY OF NORFOLK, City Attorney;
THE NORFOLK PUBLIC SCHOOL SYSTEM; DIVISION OF
NEIGHBORHOOD PRESERVATION; FIRE MARSHALL
DIVISION; DEPARTMENT OF UTILITIES, Division of
Water Accounts; TITUSTOWN CIVIC LEAGUE,

                                        Defendants - Appellees.


Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge. (CA-05-238-JBF-TEM; CA-05-247-JBF-TEM; CA-05-274-JBF-FBS)


Submitted: May 18, 2006                    Decided: May 25, 2006


Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.


Affirmed by unpublished per curiam opinion.


Geraldine Talley Hobby, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Geraldine Hobby seeks to appeal from the district court's orders denying her motions to proceed in forma pauperis and dismissing her civil actions for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hobby v. Beneficial Household No. CA-05-238-JBF-TEM; Hobby v. First Baptist Church, No. CA-05-247-JBF-TEM, Hobby v. Beneficial, No. CA-05-274-JBF-FBS (E.D. Va. Aug. 12, 2005). We grant Hobby's motions to amend and file her informal brief out of time and deny her motion to transfer and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED